**DONALD V. REEDER, OSB #810196**
Attorney for Plaintiff
Glenn, Reeder & Gassner, LLP
205 SE 5th Street
Madras, OR 97741
Telephone: 541-474-2272
Facsimile: 541-475-3944
gsr.dvr@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STANLEY P. McINTOSH, JR. | Civil No. 3:18-CV-00027-SB |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | AWARDING ATTORNEY FEES |
| Defendant. | |

Based on the Motion and Affidavit of Plaintiff's Attorney filed herein, and pursuant to the Order for Remand in this case, dated December 17, 2018;

Plaintiff's attorney, Donald V. Reeder, is awarded reasonable attorney fees and costs in the amount of $5,014.64 as set forth in his billing statement filed herein.

IT IS SO ORDERED this _15th_ day of January, 2019.

STACIE F. BECKERMAN
U.S. MAGISTRATE JUDGE

- 1 -   ORDER AWARDING ATTORNEY FEES [3:18-CV-00027-SB]